Rohrig et al                                                                                                                                                                                                                                                                           Exhibit C
**Liquidation Analysis**

| Claim | Cash (1) | Cash Liquidation Factor | Cash at Liquidation Value | Insider Debtor Claims (2) | Insider Debtor Claims Liquidation Factor | Insider Debtor Liquidation Value | Non-Debtor Insider and A/R Claims (2) | Non-Debtor Insider and A/R Claims Liquidation Factor | Non-Debtor Insider and A/R Liquidation Value | LLC Interests | LLC Interest Liquidation Factor | LLC Interest Liquidation Value | Other Assets | Other Assets Liquidation Factor | Other Assets Liquidation Value | Property Fair Market Value | Property Liquidation Discount | Liquidated Property Fair Market Value | Total Liquidation Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 431 W. Ponce de Leon, LLC | 33,243 | 0% | 33,243 | 31,150 | 100% | - | 39,021 | 25% | 29,266 | - | N/A | - | - | N/A | - | 3,500,000 | 25% | 2,625,000 | 2,687,509 |
| 525 Moreland Avenue, LLC | 325 | 0% | 325 | - | N/A | - | - | N/A | - | - | N/A | - | - | N/A | - | 572,327 | 25% | 429,245 | 429,570 |
| Cartel Properties II, LLC | 56,633 | 0% | 56,633 | 563,447 | 100% | - | 1,964,262 | 30% | 1,374,983 | 1,425,000 | 30% | 997,500 | - | N/A | - | 5,052,673 | 25% | 3,789,505 | 6,218,621 |
| Cartel Properties Spalding Woods, LLC | 7,770 | 0% | 7,770 | 36,000 | 100% | - | - | N/A | - | - | N/A | - | - | N/A | - | - | N/A | - | 7,770 |
| Rohrig Investments, LP | 79,934 | 0% | 79,934 | 33,131 | 100% | - | 4,008,049 | 33% | 2,685,393 | - | N/A | - | 150,000 | 50% | 75,000 | 11,885,000 | 25% | 8,913,750 | 11,754,077 |
| Rohrig Pollack, LLC | 4,302 | 0% | 4,302 | 81,118 | 100% | - | - | N/A | - | 3,197,692 | 25% | 2,398,269 | - | N/A | - | - | N/A | - | 2,402,571 |
| Class 13 | - | 0% | - | - | N/A | - | - | N/A | - | - | N/A | - | - | N/A | - | - | N/A | - | - |
| Total | 182,207 | | 182,207 | 744,846 | | - | 6,011,333 | | 4,089,642 | 4,622,692 | | 3,395,769 | 150,000 | | 75,000 | 21,010,000 | | 15,757,500 | 23,500,118 |

(1) Estimate as of Effective Date
(2) Per the 10/31/13 Monthly Operating Report

(3) Property is additional collateral for non-bankruptcy estate loan and is excluded from liquidation analysis
(4) Property sold and loan(s) satisfied

**Rohrig et al**  **Exhibit C**
**Liquidation Analysis**

| Claim | Total Liquidation Value | Liquidation Expenses | Liquidation Proceeds after Liquidation Expenses | Ch. 7 Trustee Commission | Ch. 7 Professional Fees | Ch. 11 Administrative Expenses | Priority Claims | Net Liquidation Value | Secured Claims (1) | Net After Secured Claims | Unsecured Claims (2) | Class 20 Claims (2) | Net After Unsecured Claims |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 431 W. Ponce de Leon, LLC | 2,687,509 | 161,251 | 2,526,258 | 99,038 | 20,000 | 20,000 | - | 2,387,221 | 1,724,394 | 662,826 | 438 | 39,013 | 623,375 |
| 525 Moreland Avenue, LLC | 429,570 | 25,774 | 403,796 | 23,440 | 10,000 | 20,000 | 36,688.54 | 313,668 | 1,043,081 | (729,414) | - | 50,550 | (779,964) |
| Cartel Properties II, LLC | 6,218,621 | 373,117 | 5,845,504 | 198,615 | 50,000 | 20,000 | 59,837 | 5,517,051 | 4,284,348 | 1,232,703 | - | 125,225 | 1,107,478 |
| Cartel Properties Spalding Woods, LLC | 7,770 | - | 7,770 | 1,527 | 10,000 | 20,000 | - | (23,757) | 487,354 | (511,111) | - | 210,489 | (721,600) |
| Rohrig Investments, LP | 11,754,077 | 705,245 | 11,048,833 | 354,715 | 75,000 | 20,000 | 226,311 | 10,372,806 | 8,984,128 | 1,388,679 | 626 | 10,871,028 | (9,482,975) |
| Rohrig Pollack, LLC | 2,402,571 | 144,154 | 2,258,417 | 91,003 | 10,000 | 20,000 | 33,479 | 2,103,935 | - | 2,103,935 | - | 18,531 | 2,085,404 |
| Class 13 | - | - | - | - | - | - | - | - | 17,000 | - | - | - | - |
| Total | 23,500,118 | 1,409,541 | 22,090,577 | 768,337 | 175,000 | 120,000 | 356,316 | 20,670,924 | 16,557,306 | 4,147,619 | 1,064 | 11,314,836 | (7,168,281) |

(1) Estimate as of Effective Date
(2) Per the 10/31/13 Monthly Operating Report

(3) Property is additional collateral for non-bankruptcy estate loan and is excluded from liquidation analysis
(4) Property sold and loan(s) satisfied