# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ROHRIG INVESTMENTS, LP, *et al.,* ) | Case No. 13-53483-bem |
| ) | (Jointly Administered) |
| Debtors. ) | |
| _____) | |
| ) | |
| RREF BB ACQUISITIONS, LLC, ) | |
| ) | |
| Movant, ) | |
| ) | CONTESTED MATTER |
| v. ) | |
| ) | |
| 431 W. PONCE DE LEON, LLC, ) | |
| ROHRIG INVESTMENTS, LP, ) | |
| ROHRIG POLLAC, LLC, ) | |
| CARTEL PROPERTIES II, LLC, ) | |
| CARTEL PROPERTIES SPALDING ) | |
| WOODS, LLC and ) | |
| 525 MORELAND AVENUE, LLC, ) | |
| ) | |
| Respondents. ) | |
| ) | |
| _____) | |

### RREF BB ACQUISITION, LLC'S
### AMENDED MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE
### AND REQUEST FOR EXPEDITED HEARING ON AUGUST 19, 2014 AND JOINDER
### IN THE UNITED STATES TRUSTEE'S MOTION FOR APPOINTMENT OF TRUSTEE

RREF BB Acquisitions, LLC ("RREF" or "Rialto"), a creditor of Debtors, files this, its

Amended Motion for Appointment of a Chapter 11 Trustee[1], seeking appointment of a chapter

11 trustee pursuant to 11 U.S.C. § 1104(a)(2), and joins in the United States Trustee's Motion for

Appointment of a Chapter 11 Trustee (Doc. No. 867) showing the Court as follows:

---

[1] The facts, allegations and arguments in RREF's Motion for Appointment of a Chapter 11 Trustee (the "Motion", Doc. No. 87) are incorporated by express reference herein.

1

**INTROUCTION**

These bankruptcy cases have been pending for over 18 months, with the Court having recently entered an order denying confirmation of the dueling full-payment plans proposed by Debtors and RREF. During the pendency of these cases and in the months leading up to their filing, Debtors have been at war with RREF, their largest creditor. These proceedings have been enormously expensive for Debtors, RREF and Debtors' other creditors, with Debtors and RREF having incurred attorneys and expert fees and expenses in excess of $2.7 million since the petition date. If the parties are permitted to amend their plans, the fees associated therewith will be substantial and will likely absorb whatever equity is available for Debtors' creditors and equity holders, resulting in likely stay relief to RREF. Appointment of a trustee is appropriate under 11 U.S.C. § 1104(a)(2) where, as here, severe acrimony exists between the parties and mounting litigation costs threaten to unduly consume resources that would otherwise be available for distribution to creditors. *See In re Int'l Realty Dev. Partners, Ltd.*, A98-63901-ADK, Doc. No. 93 at 7 (Bankr. N.D. Ga. 1998) (Kahn, J.) ("appointment of a Trustee is appropriate where conflict between the creditors and the debtor has extended beyond the healthy conflicts that always exist between debtor and creditor"; appointing a chapter 11 trustee after denying approval of debtor's disclosure statement) (*quoting In re Marvel Entm't Grp., Inc.*, 140 F.3d 463, 472 (3d Cir. 1998)).[2] Accordingly, the Court should appoint a trustee pursuant to section 1104(a)(2) to resolve the many contentious issues in these cases and bring these cases closer to a conclusion.

---

[2] A copy of the *Int'l Realty Dev. Partners* opinion is attached hereto as Exhibit A.

2

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this Motion pursuant to 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding pursuant to 28 U.S.C. § 157(b). Venue is proper in this Court pursuant to 28 U.S.C. § 1409.

## FACTUAL BACKGROUND

### I. Description of Debtors and Debtors' indebtedness

2. On February 19, 2014, Debtors filed chapter 11 petitions commencing these bankruptcy cases.

3. As of May 2014, RREF estimated that it was owed $12,273,464.44 in principal, plus interest, fees and costs for a total claim, before consideration of its section 506(b) claim, of $15,037,490.27. (Doc. No. 856 at 4.) George Rohrig ("Rohrig"), Debtors' managing member, is indebted to RREF pursuant to a Final Consent Judgment in the amount of $19,971,632.45 entered on January 25, 2013 by the Superior Court of Fulton County.

4. Cartel Properties II and Rohrig Investments have secured creditors in addition to RREF. (Doc. No. 856 at 4-5.) Debtors scheduled approximately $16 million in unsecured claims. (Doc. No. 856 at 5.) Those unsecured claims include over $1.2 million owed by Debtors to Cartel Properties and $9,067,962 owed by Rohrig Investments to Rohrig. There are no non-family partners that have an interest in the Debtor entities. (*Id.* at 3.) Each of the Debtors is managed by Rohrig through Cartel Properties, Inc. ("Cartel Properties") (Doc. No. 856 at 2.) At present, Cartel Properties manages 30 to 40 LLCs for Rohrig, which includes Debtors' properties. (*Id.*) Cartel Properties presently receives a monthly management fee from the Debtors in the amount of $15,986. (Doc. No. 816 at 12.)

3

## II.    The Plans, Proceedings and the Parties Fees and Expenses

5. Debtors filed their initial plan of reorganization on August 20, 2013. (Doc. No. 268.) On November 11, 2013, Debtors filed a First Amended Plan of Reorganization (Doc. No. 351) and on December 18, 2013, Debtors filed their First Amended Joint Plan of Reorganization. (Doc. No. 390.)

6. RREF filed its Plan of Liquidation for Each Debtor on December 3, 2013, which was subsequently amended. (Doc. Nos. 371, 389, 402, 463, 762, 787.) The plans proposed by Debtors and RREF proposed to pay all secured and general unsecured claims in full.

7. Beginning on March 26, 2014, the Court heard eight days of testimony in connection with the confirmation of the competing plans proposed by Debtors and RREF.

8. On August 11, 2014, the Court issued its Order denying confirmation of the plans proposed by Debtors and RREF. (Doc. No. 856.)

## III.   The Contentious Proceedings and Parties' Fees and Expenses

9. In its Order denying confirmation, the Court acknowledged the contentious nature of these proceedings:

> The Court notes that Debtors assert that Rialto's proposed treatment of insiders smacks of bad faith while Rialto implies that Debtors failure to liquidate more property is in bad faith. This has been a contentious case with parties who very clearly believe the other has bad motives. These general feelings and bad blood . . . .

(Doc. No. 856 at 17 n.14.)

10. The Court also acknowledged that "the parties have spent vast amounts of time, effort and money . . . ." (Doc. No. 856 at 59.)

4

**IV.    The Motions to Appoint a Chapter 11 Trustee**

11.    On April 17, 2013, RREF filed its Motion seeking the appointment of a chapter 11 trustee. (Doc. No. 87.) The Motion remains pending.

12.    On May 8, 2014, Robin C. Loudermilk and The Knuckle Partnership, LLLP filed their Post-Confirmation Brief wherein they requested that, if the Court declines to confirm either plan, that the Court appoint a chapter 11 trustee pursuant to 11 U.S.C. § 1104(a)(2) given the contentious nature of these proceedings and because appointment of a trustee is in the best interests of creditors, equity holders and other interests of the estate. (Doc. No. 798.)

13.    In the Court's order denying confirmation of the plans, the Court set a hearing for August 19, 2014 to consider, *inter alia*, whether a chapter 11 trustee should be appointed. (Doc. No. 856 at 59.)

## ARGUMENT

**I.    The Court shall appoint a trustee for cause or if such appointment is in the best interests of creditors and may make such appointment *sua sponte***

14.    Section 1104(a) of the Bankruptcy Code provides that the <u>shall</u> appoint a trustee for cause or if such appointment is in the best interests of creditors:

> At any time after the commencement of the case but before confirmation of a plan, on request of a party in interest or the United States trustee, and after notice and a hearing, the court shall order the appointment of a trustee –
>
> ***
>
> (2)    If such appointment is in the interests of creditors, any equity security holders, and other interests of the estate . . . .

11 U.S.C. § 1104(a).

15.    The Bankruptcy Code's use of the word "shall" means a court is required to appoint a trustee if it finds that (a)(1) or (a)(2) applies. *See In re Intercat, Inc.*, 247 B.R. 911,

5

920-21 (Bankr. S.D. Ga. 2000); *see also In re Wings Digital Corp.*, 2005 WL 3789334, *5 (Bankr. S.D.N.Y. 2005) (noting that section 1104(a)(2) is a "lesser standard" than section 1104(a)(1)). Whether to appoint a trustee is within the Court's discretion. *See In re Adelphia Commc'ns Corp.*, 336 B.R. 610, 655-66 (Bankr. S.D.N.Y. 2006). The standard under section 1104(a)(2) is flexible. *In re Sharon Steel Corp.*, 871 F.2d 1217, 1226 (3d Cir. 1989). Where a fiduciary is "plainly necessary" appointment of a trustee is indicated. *In re Stratesec, Inc.*, 324 B.R. 158, 160 (Bankr. D.D.C. 2004).

16. Section 105(a) of the Bankruptcy Code authorizes the Court to appoint a chapter 11 trustee *sua sponte*. *See In re Bibo, Inc.*, 76 F.3d 256, 258 (9th Cir. 1996) (holding that the bankruptcy court was authorized to appoint a trustee *sua sponte*); *First Am. Healthcare of Ga., Inc. v. U.S. Dept. of Health & Human Svcs.*, 208 B.R. 992, 994 (Bankr. S.D. Ga. 1996) ("the court clearly has the authority *sua sponte* [under section 105] to order appointment of a trustee").

17. Because the proceedings giving rise to RREF's request for the appointment of a trustee pursuant to section 1104(a)(2) occurred before this Court, the Court can take judicial notice of such facts such that no evidentiary hearing is required or necessary.

## II. Appointment of a trustee under section 1104(a)(2) is in the best interests of creditors and the estate

18. Section 1104(a)(2) provides that the Court shall appoint a trustee where such appointment is in the best interests of the creditors and the estate. The decision whether to appoint a trustee under section 1104(a)(2) may depend on an economic cost-benefit analysis. *In re Sundale, Ltd.*, 400 B.R. 890, 901 (Bankr. S.D. Fla. 2009). Whether to appoint a trustee under 1104(a)(2) does not, however, require a finding of fault by the debtors. *Id.*

19. Appointment of a trustee is appropriate under section 1104(a)(2) where, as here, severe acrimony exists between the parties and/or mounting litigation costs threaten to unduly

consume resources that would otherwise be available for distribution to creditors. *Int'l Realty Dev. Partners,* Doc. No. 93 at 7; *In re Basil St. Partners, LLC*, 477 B.R. 856, 869 (Bankr. M.D. Fla. 2012) (appointing a trustee where "both factions have exhibited a willingness . . . to spend seemingly limitless sums on attorneys' fees in order to prolong their litigation in the hope of gaining the upper hand for ownership or control of the Debtor. A chapter 11 trustee comes with none of the attendant biases of the warring factions.").

20. Judge Kahn's decision in *International Realty Development Partners* ("IRDP") is particularly instructive with respect to this case.[3] In *IRDP*, the debtor owned two parcels of undeveloped real property. (Ex. A at 1). After a series of failed joint ventures entered with the intent to develop the property, the debtor was faced with imminent foreclosure and filed a chapter 7 case. *Id.* at 2. Once in bankruptcy, the chapter 7 trustee arranged for the property to be sold. *Id.* at 3. While the sale was pending, the debtor engaged new counsel and converted its case to chapter 11, thereby cancelling the trustee's proposed sale. *Id.* The debtor filed a proposed chapter 11 plan and disclosure statement after conversion. *Id.*

21. In response, one of the debtor's ex-partners in one of the failed joint ventures, who was also a creditor in the case, alleged bad faith in the conversion of the case and requested re-conversion to chapter 7 or, in the alternative, appointment of a chapter 11 trustee. *Id.* All secured creditors objected to the proposed plan and disclosure statement. *Id.*

22. After holding that the plan was not confirmable on a variety of grounds, including a lack of feasibility and violation of the absolute priority rule, Judge Kahn held that appointment of a chapter 11 trustee was necessary. *Id.* at 7-9. Specifically, he held that a trustee would work to the benefit of *both* creditors and equity holders because (i) "acrimony amongst the parties

---

[3] A copy of the IRDP opinion is attached hereto as Exhibit A.

7

exceed[ed] the normal level of inherent conflict that typically exists in bankruptcy cases; (ii) creditors expressed a lack of confidence in the debtor's ability to reorganize and (iii) the estate was threatened with depletion "resulting from endless litigation that is incapable of settlement due to the acrimony between the parties." *Id.* at 8; *see also Marvel Entm't Grp.,* 140 F.3d at 472 (affirming appointment of a trustee where "the Debtors and the Lenders have flung accusations at each other, and have failed to demonstrate any ability to resolve matters cooperatively" and "the level of acrimony found to exist [] certainly makes the appointment of a trustee in the best interests of the parties and the estate."); *In re Shubh Hotels Pittsburgh, LLC*, BR 10-26337 JAD, 2011 WL 7145601 (Bankr. W.D. Pa. Feb. 1, 2011) (appointing a trustee, stating that "without the interjection of a neutral third party, it [was] clear to the Court that litigation costs [would] bury [the] case in the absence of a change of direction.").

23. Finally, the Court's recent opinion denying confirmation of both plans tips the scales in favor of appointing a neutral trustee. *See In re Sundale, Ltd.*, 400 B.R. 890, 912-13 (Bankr. S.D. Fla. 2009) (declining to appoint a trustee but holding that "if the Debtors are unable to confirm the Joint Plain, then the scales tip the other way, and appointment of a trustee will be in the interests of creditors, any equity security holders, and other interests of the estate.")

24. Given that the Court denied confirmation of the plans proposed by Debtors and RREF, the contentious nature of these proceedings, the costs of these proceedings to date, and the likely costs if the parties are permitted to amend their respective plans, RREF submits that it would be in the best interests of creditors, equity holders and other parties in interest for the Court to appoint a neutral chapter 11 trustee.

25. Allowing or requiring the parties to amend their plans and the litigation that would ensue as a result of such amendments would be costly, inefficient, futile (with respect to a

8

plan proposed by Debtors), and not in the best interests of creditors. The expected costs of drafting and litigating amended plans will likely extinguish any equity available to pay Debtors' creditors and equity holders. The Court should appoint a chapter 11 trustee forthwith.

26. In the Court's order denying confirmation, the Court provided notice to all parties that, on August 19, 2014, it would consider whether to appoint a chapter 11 trustee. Accordingly, no further notice of RREF's Motion or this amendment is necessary or required and RREF requests that the Court consider RREF's Motion, as amended, at the August 19 hearing. Accordingly, pursuant to Federal Rule of Bankruptcy Procedure 9014, RREF requests that the Court schedule a hearing on RREF's Motion on an expedited basis.

## **CONCLUSION**

For the foregoing reasons and those set forth in its Motion, RREF respectfully requests that the Court hold an expedited hearing on this Motion, immediately appoint a chapter 11 trustee, and grant such other and further relief as the Court deems just and proper.

[SIGNATURE ON FOLLOWING PAGE]

Respectfully submitted, this 15th day of August, 2014.

          Respectfully submitted,

          By: /s/ Lisa Wolgast
              Frank W. DeBorde
              Georgia Bar No. 215415
              Lisa Wolgast
              Georgia Bar No. 773399
              **MORRIS, MANNING & MARTIN, LLP**
              3343 Peachtree Road, N.E.
              Suite 1600
              Atlanta, Georgia 30326
              (404) 233-7000

              -and-

              Scott L. Baena
              Florida Bar No. 186445 (admitted pro hac)
              Jay M. Sakalo
              Florida Bar No. 156310 (admitted pro hac)
              **BILZIN SUMBERG BAENA PRICE & AXELROD LLP**
              1450 Brickell Avenue, Suite 2300
              Miami, Florida 33131
              (305) 374-7580
*Attorneys for RREF BB Acquisitions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ROHRIG INVESTMENTS, LP, *et al.,* | ) | Case No. 13-53483-bem |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| _____ | ) | |
| | ) | |
| RREF BB ACQUISITIONS, LLC, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | CONTESTED MATTER |
| v. | ) | |
| | ) | |
| 431 W. PONCE DE LEON, LLC, | ) | |
| ROHRIG INVESTMENTS, LP, | ) | |
| ROHRIG POLLAC, LLC, | ) | |
| CARTEL PROPERTIES II, LLC, | ) | |
| CARTEL PROPERTIES SPALDING | ) | |
| WOODS, LLC and | ) | |
| 525 MORELAND AVENUE, LLC, | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |
| _____ | ) | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of **RREF BB ACQUISITION, LLC'S AMENDED MOTION FOR APPOINTMENT OF A CHAPTER 11 TRUSTEE AND REQUEST FOR EXPEDITED HEARING ON AUGUST 19, 2014 AND JOINDER IN THE UNITED STATES TRUSTEE'S MOTION FOR APPOINTMENT OF TRUSTEE** by depositing a true and correct copy in the United States Mail with sufficient postage affixed thereto to assure first class delivery and properly addressed as follows:

**SEE ATTACHED DISTRIBUTION LIST**

This 15th day of August, 2014.

                                              Respectfully submitted,
                                              **MORRIS, MANNING & MARTIN, LLP**

3343 Peachtree Road, N.E.
Suite 1600                                       By:  /s/ Lisa Wolgast
Atlanta, Georgia 30326                   Lisa Wolgast
(404) 233-7000                            Georgia Bar No. 773399
                                                *Attorneys for RREF BB Acquisitions, LLC*

431 W. Ponce De Leon, LLC
340 E. Paces Ferry Road
Atlanta, GA 30305-2352

525 Moreland Avenue, LLC
340 E. Paces Ferry Road
Atlanta, GA 30305-2352

660 Edgewood, LLC
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

712 W. Ponce de Leon, LLC
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

878 Peachtree, LLC
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

8th Street, LLC
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

AT&T
PO Box 105503
Atlanta, GA 30348-5503

AT&T Mobility
PO Box 537104
Atlanta, GA 30353-7104

American Disposal Comm Svcs, Inc.
PO Box 1326
Centreville, VA 20122-8326

Aquatic & Exotic Pets, LLC
4015 Holcomb Bridge Rd
Unit 340
Norcross, GA 30092-1806

Audio Automation & Theater
3084 Roswell Road
Unit 3084
Atlanta, GA 30305-1845

Auelios Walton Champs Janitorial
7198 Bowie Drive
Lithonia, GA 30038-7525

Avant Gardener, LLC
719 Miami Circle
Atlanta, GA 30324-3025

Avisos DGS
3085 Early Street
Atlanta, Georgia 30305-1849

Scott L. Baena
Bilzin Sumberg Baena Price & Axelrod LLP
1450 Brickell Avenue
Ste. 2300
Miami, FL 33131-3456

Bald Ridge Marina
PO Box 836
Cumming, GA 30028-0836

Bank of America, NA
PO Box 650070
Dallas, TX 75265-0070

Bank of North Georgia
Thompson, O'Brien, Kemp, & Nasuti PC
Attn: David C. Whitridge
40 Technology Parkway South
Suite 300
Norcross, GA 30092-2924

Bank of North Georgia
334 E. Paces Ferry Rd
Atlanta, GA 30305-2308

Batdorf & Bronson Coffee Roasters
419 W. Ponce de Leon Ave
Unit 230-20
Decatur, GA 30030-2444

Berger & O'Neal
10425 Old Alabama Rd Connector
Suite 101
Alpharetta, GA 30022-1120

Bernard Dugaud
3090 Roswell Rd
Atlanta, GA 30305-1845

Boogaloos Boutique/Penn
246 W. Ponce de Leon Ave
Decatur, GA 30030-3269

J. William Boone
James Bates Brannan Groover LLP
Suite 1700
3399 Peachtree Road
Atlanta, GA 30326-1151

Bottle Bar, LLC
268 E. Paces Ferry Rd
Atlanta, GA 30305-2210

Branch Banking & Trust Company
Attn: Kevin Crow
13000 Deerfield Parkway Suite 350
Alpharetta, GA 30004-0001

Brookhaven Bank
2987 Clairmont Road NE
Atlanta, GA 30329-4433

David L. Bury Jr.
Stone & Baxter, LLP
Suite 800
Fickling & Co. Building
577 Mulberry Street
Macon, GA 31201-8239

CSA Marand, Inc.
830 W. Peachtree Street
Ste. 100
Atlanta, GA 30308-1129

Calloway Title and Escrow, LLC
4170 Ashford Dunwoody Rd.  St. 285
Atlanta, Georgia 30319-1400

Capital Tax Service
1002 Duluth Highway
Suite 300
Lawrenceville, Georgia 30043-5063

William K. Carmichael
Stokes Lazarus & Carmichael, LLP
80 Peachtree Park Drive, N.E.
Atlanta, GA 30309-1320

Cartel Properties
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

Cartel Properties Spalding Woods, LLC
340 E. Paces Ferry Road
Atlanta, GA 30305-2352

Cartel Restaurants, Inc.
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

Cassidy Turley, Inc.
Timberlake Corporate Center
Suite 230
1390 Timberlake Manor Parkway
Chesterfield, MO 63017-6041

Charles A. Rohrig
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

Chase Mortgage
PO Box 9001871
Louisville, KY 40290-1871

Chez What, Inc.
250 W. Ponce de Leon Ave
Unit 220-1
Decatur, GA 30030-3269

CitiMortgage, Inc.
PO Box 183040
Columbus, OH 43218-3040

City of Atlanta
Department of Watershed Management
1300 Commerce Drive
Decatur, GA 30030-3222

City of Decatur
PO Box 945650
Atlanta, GA 30394-5650

Coldwell Banker
Attn: Norma Palus
1370 Highland Ave
Atlanta, GA 30306-3303

Comcast
PO Box 530098
Atlanta, GA 30353-0098

Community Lending Solutions
531 Moreland Ave
Unit 9-3
Atlanta, GA 30316-1831

Couriernet, Inc.
PO Box 409236
Atlanta, GA 30384-9236

David C. Whitridge, Esq.
Thompson, OBrien, Kemp & Nasuti, P.C.
40 Technology Parkway South-Suite 300
Norcross, GA 30092-2924

Decatur Hot Yoga
431 W. Ponce de Leon Ave
Suites 8, 9 and 10
Decatur, GA 30030-2458

Decatur Market/Patric Dennis
153 Ponce de Leon Place
Decatur, GA 30030-3236

Dekalb County
Department of Watershed Management
1300 Commerce Drive
Decatur, GA 30030-3222

Dekalb County Tax Comm
PO Box 100004
Decatur, GA 30031-7004

Dekalb County Treasury
PO Box 1027
Decatur, GA 30031-1027

Dollar Tree Store, Inc.
4015 Holcomb Bridge Rd
Unit 500
Norcross, GA 30092-1882

Dominican Beauty Salon/Bolivar
4015 Holcomb Bridge Rd
Unit 390
Norcross, GA 30092-1882

Bryan A. Downs
Wilson, Morton & Downs, LLC
125 Clairemont Avenue
Ste. 420
Decatur, GA 30030-2551

Drapes & More
1465 Howell Mill Rd
Atlanta, GA 30318-4246

Dunkin Donuts
4015 Holcomb Bridge Rd
Unit 4009
Norcross, GA 30092-4659

E Sam Jones Distributor
PO Box 536794
Atlanta, GA 30353-6794

Ewing Irrigation
1465 Howell Mill Road
Atlanta, GA 30318-4246

Exclisive Authentics
714A Moreland Avenue
Atlanta, GA 30316-3812

FULTON COUNTY TAX COMMISSIONER OFFICE
141 PRYOR STREET, SUITE 1113
ATLANTA, GA 30303-3566

Feather Baby
431 W. Ponce de Leon Ave
Suite 2
Decatur, GA 30030-2458

Fleet Street Sports/Clay Scar.
431 W. Ponce de Leon
Suite 1
Decatur, GA 30030-2458

Florida Power and Light Co.
PO Box 025576
Miami, FL 33102-5576

Douglas D. Ford
Quirk & Quirk, LLC
Suite 300
6000 Lake Forrest Drive
Atlanta, GA 30328-3896

Furkids, Inc.
4015 Holcomb Bridge Rd
Unit 400
Norcross, GA 30092-1806

GA Commercial Realty Advisors, LLC
880 Marietta Hwy
Suite 630
Roswell, GA 30075-6755

(p)GREENTREE SERVICING LLC
BANKRUPTCY DEPARTMENT
P O BOX 6154
RAPID CITY SD 57709-6154

GWR Management, LLC
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

Guy G. Gebhardt
Acting United States Trustee
362 Richard Russell Bldg
75 Spring Street
Atlanta, GA 30303-3315

Geogia Power
96 Annex
Atlanta, GA 30396-0001

George & Dana, LLC
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

George M. Rohrig
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

George W. Rohrig
805 Peachtree Street, # 620
Atlanta, GA 30308-6018

Georgia Power
96 Anex
Atlanta, GA 30396-0001

Georgia Power Company
c/o C. Jordan Myers, Esq.
McGuireWoods LLP
1230 Peachtree Street NE, Suite 2100
Atlanta, GA 30309-3534

Georgia Primary Bank
3880 Roswell Road
Atlanta, GA 30342-4418

Georgia Primary Bank ("GPB")
c/o Quirk & Quirk, LLC
300 Century Springs West
6000 Lake Forrest Drive
Atlanta, GA 30328-3877

Geyer Construction, Inc.
1144 Alpharetta Street, Suite 2A
Roswell, GA 30075-3600

Geyer Construction, Inc.
619 Edgewood Ave. SE
Atlanta, GA 30312-1987

Goodwill Industries of North GA
4015 Holcomb Bridge Rd
Unit 330
Norcross, GA 30092-4665

David E. Gordon
McKenna Long & Aldridge, LLP
Suite 5300
303 Peachtree Street
Atlanta, GA 30308-3265

Grayson Rohrig
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

HDH Advisors, LLC
2002 Summit Blvd.,
Suite 950
Atlanta, GA 30319-6420

Hanover Insurance
PO Box 580045
Charlotte, NC 28258-0045

Heely-Brown Company, Inc.
1280 Chattahoochee Ave
Atlanta, GA 30318-3683

Heliotrope, LLC
248 W. Ponce de Leon Ave
Unit 220-2
Decatur, GA 30030-3269

Home Depot
Dept 32-2500587690
PO Box 9055
Des Moines, IA 50368-9055

Rachel A. Humphrey
Stokes Lazarus & Carmichael LLP
80 Peachtree Park Drive, NE
Atlanta, GA 30309-1320

INTERNAL REVENUE SERVICE
P O BOX 7346
2970 MARKET STREET
PHILADELPHIA, PA 19104-5002

Investa Services of Georgia
Nom. For Fulton Tax Capital IV, LLC
1737-G Ellsworth Industrial Blvd
Atlanta, GA 30318

Richard J. Joseph
80 Peachtree Park Drive, N.E.
Atlanta, GA 30309-1304

Joseph Tax Service
4015 Holcomb Bridge Rd
Unit 640
Norcross, GA 30092-1806

Kai Lin Art
3096 Roswell Rd, NE
Atlanta, GA 30305

J. Michael Lamberth
Lamberth, Cifelli, Stokes, Ellis & Nason
East Tower - Suite 550
3343 Peachtree Road, NE
Atlanta, GA 30326-1085

Lamp Arts, Inc.
1465 Howell Mill Rd
Atlanta, GA 30318-4246

Lawrence R. Landry
Quirk & Quirk, LLC
300 Century Springs West
6000 Lake Forrest Drive, NW
Atlanta, GA 30328-3877

Lenscrafters, Inc.
4015 Holcomb Bridge Rd
Unit 4005
Norcross, GA 30092-4659

Lindsey Rohrig
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

Loudermilk/Rohrig, LLC
3060 Peachtree Road, Suite 330
Atlanta, GA 30305-2207

M & A Ventures
3 West Paces Ferry Road
Suite 200
Atlanta, Georgia 30305-1373

William D. Matthews
Lamberth, Cifelli, Stokes, Ellis & Nason
East Tower, Suite 550
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1085

Cameron M. McCord
Jones & Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309-3909

Michael T. Hayes
2632 Valmar Dr
Atlanta, GA 30340-1945

Midtown Bank & Trust Company
712 W. Peachtree St. NW
Atlanta, GA 30308-1139

Moh Tires/Victor Nteff
2445 Herring Road
Atlanta, GA 30311-2840

Montgomery Insurance
PO Box 6486
Carol Stream, IL 60197-6486

C. Jordan Myers
McGuireWoods LLP
Suite 2100
1230 Peachtree Street, NE
Atlanta, GA 30309-3534

Nate Hybl - 1152 Portland
531 Moreland Ave
Unit 9-2
Atlanta, GA 30316-1831

Oneaveious D. Lester
c/o Columbia Highpoint #G06
220 Bowen Circle SW
Atlanta, GA 30315-2605

Perfect Nails/Phus Hong Trinh
4015 Holcomb Bridge Rd
Unit 630
Norcross, GA 30092-1806

Pharr Court Condo Assn, Inc.
Attn: 3057 Pharr A-Z
PO Box 105007
Atlanta, GA 30348-5007

Leslie M. Pineyro
Jones and Walden, LLC
21 Eighth Street, NE
Atlanta, GA 30309-3909

Pratt Industries
Visy Recycling, Inc.
PO Box 933949
Atlanta, GA 31193-3949

Prestige Barbershop/Lentz Pean
4015 Holcomb Bridge Rd
Unit 650
Norcross, GA 30092-1882

Quantium Servicing Corp./Rialto
Attn: LeTonya Martin
6302 E. MLK Blvd, Ste 300
Tampa, FL 33619-1166

RIAH Capital Management, LLC
3500 Lenox Road, 4th Floor
Atlanta, GA 30326-4231

RREF BB Acquistions, LLC
Attn: Michael Peskin
850 Third Avenue, 16th Floor
New York, NY 10022-6222

Regions Bank
PO Box 1984
Birmingham, AL 35201-1984

Republic Services #800
PO Box 9001099
Louisville, KY 40290-1099

Riah Capital Management, LLC
Nom. for Southern Tax Capital, LLC
3500 Lenox Road  4th Floor
Atlanta, Georgia 30326-4231

Rica Capital Management
3500 Lenox Rd, 4th Floor
Atlanta, GA 30326-4231

Richard J. Joseph, Esq.
Stokes Lazarus & Carmichael, LLP
80 Peachtree Park Dr
Atlanta, GA 30309-1320

Robert C. Loudermilk, Jr.
c/o Gary W. Marsh, Esq.
McKenna Long & Aldridge LLP
303 Peachtree St., NE, Suite 5300
Atlanta, GA 30308-3265

Rohrig 6112 Roswell Road, LLC
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

Rohrig Investments, LP
340 E. Paces Ferry Road
Atlanta, GA 30305-2352

Rohrig Pollack, LLC
340 E. Paces Ferry Road
Atlanta, GA 30305-2352

Larry L. Ruff
Law Office of Larry L. Ruff, LLC
695 Whitley Road South
Marble Hill, GA 30148-2140

(p)SCANA AND SUBSIDIARIES
220 OPERATION WAY
MAIL CODE C 222
CAYCE SC 29033-3701

Jay M. Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
Suite 2300
1450 Brickell Avenue
Miami, FL 33131-3456

Secretary of the Treasury
15th & Pennsylvania Avenue, NW
Washington, DC 20200

Secure Property Funding, LLC
c/o Jay Dermer
3520 Piedmont Rd. Suite 200
Atlanta, Georgia 30305-1511

Sheimicka Freeman
531 Moreland Ave
Unit 9-1
Atlanta, GA 30316-1831

William Joseph Sheppard
James-Bates-Brannan-Groover-LLP
Suite 1700
3399 Peachtree Road, NE
Atlanta, GA 30326-1151

Shirley Investments, L.P.
P.O. Box 550345
Atlanta, GA 30355-2845

Simcol Restaurant Concepts, LLC
Attn: Simon Guobadia
3438 Peachtree Road, 14th Floor
Atlanta, GA 30326-1554

Simcol Restaurant Concepts, LLC
Attn: Simon Guobadia; The Pinnacle Bldg
3455 Peachtree Rd, NE, 5th Floor
Atlanta, GA 30326-3254

Six Star Service
2670 E. College Ave
Unit 16-1
Decatur, GA 30030-3910

Skytalk Communications
2184 Huntcrest Way
Lawrenceville, GA 30043-8149

Southeast Property Advisors, LLC
One Alliance
3500 Lenox Rd, Suite 500
Atlanta, GA 30326-4235

Splash Car Spa/Dwayne Williams
c/o Splash Car Spa, Inc.
825 Botanica Way
Fairburn, GA 30213-4359

Stability Engineering/Pierre Coiron
431 W. Ponce de Leon Ave
Suite 4
Decatur, GA 30030-2458

State Bank and Trust
Attn: Recovery
3399 Peachtree Rd, NE, Ste 2050
Atlanta, GA 30326-2814

(p)STATE BANK AND TRUST COMPANY
ATTN BANKRUPTCIES
PO BOX 4748
MACON GA 31208-4748

State of Georgia/Fulton County
c/o Arthur Ferdinand
141 Pryor Street, SW, Suite 1113
Atlanta, GA 30303-3566

Ward Stone Jr
Stone & Baxter LLP
Suite 800 Fickling & Company Bldg
577 Mulberry Street
Macon, GA 31201-8256

Drew K. Stutzman
Ellis, Painter, Ratterree & Adams LLP
10th Floor
2 East Bryan Street
Savannah, GA 31401-2635

Subway #1589/Jay Desai
4015 Holcomb Bridge Rd
Unit 360
Norcross, GA 30092-1882

TASSA Enterprises, LLC
403 W. Ponce de Leon Ave
Ste 120-C
Decatur, GA 30030-2434

TSCG
300 Galleria Pkwy
Floor 12
Atlanta, GA 30339-3153

Tele Chex 5565
Glenridge Conn
Atlanta, GA 30342

The 805 Peachtree Condo Assn., Inc.
Heritage Property Mgt Services
Building B, Suite 200
500 Sugar Mill Road
Atlanta, GA 30350-2865

The City of Atlanta
c/o Arthur E. Ferdinand
141 Pryor St, SW
Suite 1113
Atlanta, GA 30303-3566

The Knuckle Partnership, LLLP
c/o Gary W. Marsh, Esq.
McKenna Long & Aldridge LLP
303 Peachtree St., NE, Suite 5300
Atlanta, GA 30308-3265

The Market at SOBU/Eclectia
2025 Peachtree Road, NE
Suite 7
Atlanta, GA 30309-1462

The Perfect Alteration
4015 Holcomb Bridge Rd
Unit 350
Norcross, GA 30092-1806

The Pinewood
254 W. Ponce de Leon Ave
Decatur, GA 30030-3269

Tientsin II Restaurant
4015 Holcomb Bridge Rd
Unit 620
Norcross, GA 30092-1806

Tim Yeager d/b/a Precision Doors
3095 Early Street, NW
Atlanta, GA 30305-1849

Total Fitness Control/Gartrell White
431 W. Ponce de Leon Ave
Suites 5 & 6
Decatur, GA 30030-2458

Touchmark National Bank
c/o Richard J. Joseph, Esq.
Stokes Lazarus Carmichael LLP
80 Peachtree Park DR NE
Atlanta, GA 30309-1320

Touchmark National Bank
3651 Old Milton Pkwy
Alpharetta, GA 30005-4487

Travelers CL Remittance Cente
PO Box 660317
Dallas, TX 75266-0317

Travelers Insurance
PO Box 6603147
Dallas, TX 75266-0317

Tri Your Best
252 W. Ponce de Leon Ave
Unit 220-5
Decatur, GA 30030-3269

Tuscan Sun/Sandi Stephens
431 W. Ponce de Leon Ave
Suite 7
Decatur, GA 30030-2458

Twist and Scoot
431 W. Ponce de Leon Ave
Suite 3
Decatur, GA 30030-2458

Two Twenty Five Lakemore, LLC
340 E. Paces Ferry Rd
Atlanta, GA 30305-2352

U. S. Securities and Exchange Commission
Office of Reorganization
Suite 900
950 East Paces Ferry Road, NE
Atlanta, GA 30326-1382

Upgrade Roofing Co., Inc.
874 E. Riverbend Court, SW
Lilburn, GA 30047-2202

Vesta Holdings
1266 W. Paces Ferry Rd
Atlanta, GA 30327-2306

Vida Landscape, LLC
PO Box 550249
Atlanta, GA 30355-2749

Vivian B. Fisher, Esq.
James-Bates-Brannan-Groover-LLP
3399 Peachtree Rd NE-Suite 1700
Atlanta, GA 30326-1151

W. T. Adams Co. Realtors
458 Cherokee Ave, SE
Atlanta, GA 30312-3205

Walter R. Davis, III
1001 Piedmont Ave NE 201
Atlanta, GA 30309-3799

David S. Weidenbaum
Office of the U.S. Trustee
362 Richard B. Russell Bldg.
75 Spring Street, SW
Atlanta, GA 30303-3330

Wells Fargo Bank, N.A.
1 Home Campus
MAC X2303-01A
Des Moines, IA 50328-0001

Wells Fargo Bank, N.A.
P.O. Box 536205
Atlanta, GA 30353-6205

David C. Whitridge
Thompson, O'Brien, Kemp & Nasuti, PC
Suite 300
40 Technology Parkway South
Norcross, GA 30092-2924

William J. Sheppard, Esq.
James-Bates-Brannan-Groover, LLP
3399 Peachtree Rd NE Suite 1700
Atlanta, GA 30326-1151

Wilson, Hall, & Neal
Suite 100
1600 Northside Drive
Atlanta, GA 30318-3201

Windstream Communications
PO Box 9001950
Louisville, KY 40290-1950

Lisa McVicker Wolgast
Morris, Manning & Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, GA 30326-1085

Yes Energy Management
Attn: Lindsey Mackie
7751 Belfort Parkway, Suite 300
Jacksonville, FL 32256-6943

Your Serve, Inc.
4015 Holcomb Bridge Rd
Unit 210
Norcross, GA 30092-1806

Zip Car Car
1157 West Peachtree St.
Atlanta, GA 30309-3647

Zurich North America
1400 American Lane
Schaumburg, IL 60196-1056

Windstream Communications
301 N. Main St., Suite 5000
Greenville SC 29601-2153

Capital Tax Service
4015 Holcomb Bridge Rd
Unit 660
Norcross GA 30092-1825

Skytalk Communications
4015 Holcomb Bridge Rd
Unit 380
Norcross GA 30092-1806

Zurich North America
8712 Innovation Way
Chicago IL 60682-0087

CSA Marand, Inc.
1465 Howell Mill Rd
Atlanta GA 30318-4246

Green Tree Servicing LLC
POB 0049
Palatine IL 60055-0049

JPMorgan Chase Bank, NA
Chase Records Center
Attn: Correspondence Mail
Mail Code cLA4-5555 700 Kansas Lane
Monroe LA 71203

John D. Schlotter
Aldridge Conners LLP
15 Piedmont Center – Suite 500
3575 Piedmont Rd NE
Atlanta GA 30305-1636

Hair Salon
714 Moreland Ave, Suite C
Atlanta GA 30316-3812

CNA Insurance
POB 790094
St. Louis MO 63179-0094

Coin Laundry/Kil Ja Ho
712 Moreland Ave
Atlanta GA 30316-3812

Big A J Store
714 Moreland Ave, Suite B
Atlanta, GA 30316-3812